UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA           §
                                   §
vs.                                §          NO:  WA:25-CR-00210(1)-ADA
                                   §
(1) COLT NICK FLORES SR.           §

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 13, 2026, wherein the defendant (1) COLT NICK FLORES SR. waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) COLT NICK FLORES SR. to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) COLT NICK FLORES SR.'s plea of guilty to Count One S (1s) is accepted.

Signed this 30th day of January, 2026.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE